UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00238-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO SOLEDAD-HERNANDEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to the unavailability of the Probation Department, the change of plea hearing set for **Monday, August 30, 2010 is VACATED and RESET to Thursday, September 30, 2010 at 1:30 p.m.**

    Dated: July 21, 2010